UNITED STATES of America,
Plaintiff–Appellee,

v.

Juan Carlos Munoz DOMINGUEZ, a.k.a. Juan Munoz, a.k.a. Carlos Rodriguez, a.k.a. Juan Carlos Munoz, a.k.a. Mario Moreno, a.k.a. Juan C. Munoz, Defendant–Appellant.

No. 12–15242
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 17, 2013.

Yvette Rhodes, Maria Chapa Lopez, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Jenny L. Devine, Federal Public Defender's Office, Tampa, FL, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Before CARNES, HULL and JORDAN, Circuit Judges.

PER CURIAM:

Jenny L. Devine, appointed counsel for Juan Dominguez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Dominguez's conviction and sentence are **AFFIRMED**.